IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 4:11-cr-118-DPM-3

MAYRA NOEMY DELEON-ROMERO                                   DEFENDANT

ORDER

The United States' motion, № 65, is granted. FED. R. CRIM. P. 48(a). Indictment, № 1, dismissed without prejudice as to Mayra Noemy Deleon-Romero.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2013